UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

RASHEED INNIS, et al.,

      Plaintiffs,

  -v-                                                                   No. 17-CV-323-LTS-HBP

CITY OF NEW YORK, et al.,

      Defendants.

--------------------------------------------------------x

ORDER

LAURA TAYLOR SWAIN, United States District Judge

**ORDER ADOPTING REPORT & RECOMMENDATION**

        The Court has reviewed Magistrate Judge Pitman's July 19, 2019, Report and Recommendation (the "Report") (docket entry no. 83) which recommends that the Court deny Amy Rameau's request for an order directing Defendant City of New York to pay her $8,635.64 representing both her fees and out-of-pocket costs and the $4,259.53 that was advanced by the litigation funding company to her client, Plaintiff Charles Cherry. No objections to the Report have been received.

        In reviewing a report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C.A. § 636(b)(1)(C) (LexisNexis 2017). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the

face of the record." Johnson v. New York University School of Education, No. 00 Civ. 8117, at *1, 2003 WL 21433443 (S.D.N.Y. June 16, 2003).

The Court has reviewed carefully Magistrate Judge Pitman's thorough and well-reasoned Report and Recommendation and finds no clear error. The Court therefore adopts the Report in its entirety for the reasons stated therein. Accordingly, Ms. Rameau's request that the City of New York be directed to pay certain funds to her and the litigation funding company is denied.

This Order resolves docket entry no. 75.

SO ORDERED.

Dated: New York, New York
August 5, 2019

    /s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
United States District Judge